Michael J. Lightfoot (State Bar No. 48209)
LIGHTFOOT STEINGARD & SADOWSKY LLP
800 Wilshire Boulevard, Suite 1050
Los Angeles, California 90017
Telephone:  (213) 260-9449
Facsimile:   (213) 260-9450
Email: mlightfoot@lsslaw.com

Attorneys for Defendant
YASSER BRENES

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br><br>     vs.<br><br>YASSER JOSUE BRENES<br>          Defendant. | Case No.: 2:12-cr-00600-PJW<br><br>**DEFENDANT'S SUBMISSION OF LETTERS WITH RESPECT TO SENTENCING**<br><br>**Hearing Date: December 20, 2012**<br>**Hearing Time: 10:30 a.m.** |

     The Defendant, Yasser Josue Brenes, submits the following attached letters in support of his application for a non-custody sentence in this matter.

///

///

Exhibits (labeled by author):

    A.  Yasser Brenes
    B.  Reverend Ricky L. Adams
    C.  Pastor Jay Reed
    D.  Captain Warren S. Litherland
    E.  Captain Charles B. Hill
    F.  Helen Nunez, Chief Warrant Officer, Second Class
    G.  Second Lieutenant Brandon Kennard

Dated: December 14, 2012        LIGHTFOOT STEINGARD & SADOWSKY LLP

By: */s/ - Michael J. Lightfoot*
Michael J. Lightfoot
Attorneys for Defendant
Yasser Josue Brenes

LIGHTFOOT
STEINGARD
&SADOWSKY
LLP