# Exhibit A

December 11, 2012

Dear Judge Walsh:

    In this letter, I hope to express to you how deeply I regret my actions in this case, how they have shed negative light on the California National Guard, and how the last two years have impacted me and my family.

    As a child, I had a unique appreciation for our country. I was born in Nicaragua at a time when the Sandinista regime pressured children—like my older brothers—to enlist. Fearful for our safety, my parents moved us to California when I was four years old. We enjoyed a strong sense of pride in our new American home. When I was ten, my older brother enlisted in the U.S. Navy. Since then, I knew I wanted to serve. In 2006, after I became the first college graduate in my family, I was commissioned as an Officer in the U.S. Army.

    During my time with the National Guard, I helped California achieve its highest level of Company Grade Officers since 2001. To achieve this, I helped develop and implement a program called the "Recruit Sustainment Program for Officers" (RSPO). As the Officer in Charge, I guided and mentored hundreds of Junior Officers who now fill the ranks of the California National Guard. I continued as an instructor until October 2012, even after departing from my full-time position with the National Guard.

    I regret that repayment of any loans in my name has tarnished the reputation of the California National Guard. I do not regret my time in the California National Guard, but I am truly sorry for every day that I can no longer serve in it. Most of all, I regret that I can no longer help Junior Officers become vital members of the California National Guard.

    These last few years have been the most difficult my family have ever faced. My wife, Nicole, and our two sons, Tomas and Tyler, continue to support me during these times. Nonetheless, it pains me to have caused the serious financial and emotional challenges we continue to endure. This severe anxiety and financial stress is exacerbated by the prospect of spending time in custody.

    In sum, these events have shaken my world. I have left the California National Guard with a ruined reputation, brought pain to my loved ones, and lost the honor of serving my country. In an attempt to compensate the U.S. Government, I have paid full restitution. While I understand that regret and restitution cannot undo the events that brought me here, I respectfully request that you consider them in deciding whether to sentence me to time in custody.

Sincerely,

Yasser Brenes

# Exhibit B

December 10, 2012

To whom it may concern:

I first met Yasser Brenes in 2001 when he was a Junior at Hayward High School in Hayward, California. He was the starting quarterback of the high school's varsity football team. He was already exhibiting leadership skills, consideration and thoughtfulness, which to this day are his chief personality traits. In high school, Yasser began dating my daughter, Nicole. The two were married in 2006, so Yasser is now my son-in-law.

When Yasser was two years old, his family immigrated to the United States from the Communist-led government of Daniel Ortega in Nicaragua. After residing in several places in the San Francisco area, his family settled in Hayward.

Yasser was raised in a family where his parents valued education. He is the youngest of three boys. Every morning, as a family, they would arise and do their morning chores before attending school.

Each of the boys graduated from High School. The oldest joined the Navy, graduated from college in Virginia and now serves as an Ensign in the United States Navy. The second oldest is now a manager at a major warehouse chain. Both are successful, married and strong family men.

Yasser is extremely close to his brothers and parents. Yasser is also married and a strong family man. Yasser married my daughter Nicole in June 2006 shortly after he graduated from college and was commissioned in the National Guard. I was privileged to speak the invocation at his class's commissioning ceremony. His oldest brother was privileged to be the first to salute Yasser as a Second Lieutenant.

On September 24, 2007, Yasser became a father—and I became a grandfather—to Tomas Brenes. Tomas began kindergarten just this year. On September 20, 2009, Yasser became a father again to Tyler Brenes. Tyler just turned three years old and will begin pre-school next year. Nicole became an R.N. in 2012.

I write this letter to attest to Yasser's integrity, honesty and kindness. Not only has he always exhibited these attributes within his family, but these attributes are always integral in the way he treats his family, friends and others today.

Sincerely,

*[signature: Ricky L. Adams]*

Reverend Ricky L. Adams

# Exhibit C



# Light of the Valley

A CONGREGATION OF THE LUTHERAN CHURCH MISSOURI SYNOD

9270 Bruceville Rd.    Elk Grove, Ca. 95758    (916) 691-3568    Fax (916) 691-6447

October 3, 2012

To Whom It May Concern,

As Pastor of Light of the Valley Lutheran Church, I have known Yasser Brenes for approximately 5 years. In that time I have seen him grow as a man and as a Christian. I have been impressed with his ability to learn from his mistakes and implement changes that need to be made to help him become a man of stronger character and more effective as a husband, father and member of our church.

Currently he serves as our church and community working with disadvantaged teens, partnering with his wife in supporting outreach to the homeless and assisting with our small group ministry program. He is one of our growing church leaders and is becoming an integral part of our future ministry direction.

If you have any questions or concerns, I would be more than willing to talk with you.

Thank you for your consideration,

Jay Reed
Pastor

# Exhibit D

February 1, 2012

Letter of Support for CPT Yasser Brenes

To whom it may concern:

I am writing this letter on behalf of CPT Yasser Brenes. I have known Yasser since he worked with me two years ago to get me into the California National Guard. I also worked closely with CPT Brenes for a short time at the Recruiting and Retention Command after he recommended for me to work for a month directly with him. During that time I got to work with Yasser on a daily basis.

I found him to be extremely reliable and honest in his dealings both with current Soldiers and also of those trying to become Soldiers. I previously had experienced a lot of difficulty while trying to get into the Army Reserves. Yasser was able to quickly and efficiently process me back into military service. During all of the time I have known him, Yasser has been an honest and professional individual whom I have the utmost respect for. His character has always been above reproach and I personally have found him to have the highest moral integrity.

Yasser is a good officer and a good man. I feel confident in saying CPT Brenes is a big reason why I am currently able to serve in the California National Guard and I have the utmost respect for him.

Please contact me at warren.litherland@us.army.mil or 916-792-0844 if I can be of further assistance.

WARREN S. LITHERLAND
Captain, California National Guard

# Exhibit E



**DEPARTMENT OF THE ARMY**
CALIFORNIA ARMY NATIONAL GUARD
HEADQUARTERS, 223RD REGIMENTAL TRAINING INSTITUTE
10 SONOMA AVENUE, BUILDING 737
SAN LUIS OBISPO, CALIFORNIA 93403

NGCA-RTI-MF                                                                 27 January 2012

MEMORANDUM FOR RECORD

SUBJECT: CPT Yasser Brenes Reference

1. I have worked with CPT Brenes for over two years here in the California Army National Guard. Yasser and I were trained together as "TAC" officers in order to train, mentor and evaluate officer candidates wishing to become officers in the CAARNG. During this time CPT Brenes has demonstrated a devout dedication and loyalty to the hundreds of officer candidates that have come through our RSP-O program and off to Officer Candidate Schools nationwide. He was one of the founders of the RSP-O or "pre-OCS" program in California and continues to run and foster continual improvement to this permanent program. Yasser's resilience, work ethic and sound judgment has resonated amongst his peers, subordinates and superiors.

2. I am the Senior Instructor for California's Officer Candidate School at Camp San Luis Obispo and have trained, mentored and evaluated future Army officers with CPT Brenes at the RSP-O sites. Yasser's experience of evaluating technical and tactical expertise has been critical to this State's officer development program and many young officers in our ranks today. I am deeply indebted to Yasser for his hard work and dependability. Even while critically shorthanded and over tasked Yasser has always found a way to shoulder more than his fair share of the burden and executed all tasks with aplomb.

3. Point of contact is the undersigned at COMM (916)206-8127 or charles.hill7@us.army.mil.

CHARLES B. HILL
CPT, IN, CAARNG
OCS Senior Instructor

# Exhibit F



**DEPARTMENT OF THE ARMY**
CALIFORNIA ARMY NATIONAL GUARD
RECRUITING AND RETENTION COMMAND
2882 PROSPECT PARK DRIVE, SUITE 400
RANCHO CORDOVA, CA 95670-6058

CAAD-RRB                                                                                       30 Jan 2012

MEMORANDUM FOR Captain Yasser Brenes

SUBJECT: Letter of Character Reference

1. This letter of character reference is regarding CPT Yasser Brenes. I have known CPT Brenes for over four years and have worked with him for the past 2 years while serving on the Officer Strength Management (OSM) Team and as an office partner.

2. I am fully aware of the allegations against CPT Brenes and although I do not support the actions against him, I believe he has the utmost remorse for what transpired from the bonus incentives he received as a 2LT. I wholeheartedly believe he never intended to defraud the government in any way.

3. CPT Brenes has served as a successful member of the OSM team for over four years. He is truly the "subject matter expert" as the OIC of the OCS Program. His duty performance has always been nothing less than outstanding. He takes a personal interest in each Soldier who is assigned to the RSP-O and follows up with each candidate until they are fully commissioned officers. Additionally, CPT Brenes provides statewide briefing to prospective officers regarding the various OCS programs.

4. Despite the challenges he has had to face regarding this case, CPT Brenes continues to show his leadership and commitment to the Guard. He continues to work diligently with his teammates and when asked to serve in any capacity he never says no and always has a positive attitude.

5. If you have any questions or need additional information regarding CPT Brenes, I can reached at (916) 854-1331 or at Helen.nunez.cruz@us.army.mil.

Helen Nunez, CW2

# Exhibit G

To Whom It May Concern:

I have had the pleasure of knowing Yasser Jossue Brenes for the past two years. During the years of our acquaintance, I have known CPT Brenes in many capacities. He has been my Officer Strength Manager during my time in the Traditional OCS program from the spring of 2010 to the summer of 2011. There he personally overlooked my Officer Packet through to the Fed Rec boards.

He has been my primary supervisor at the Recruiting and Retention Command since February of 2011. My responsibilities in that capacity have grown with the continued interaction and direction by CPT Brenes.

Most importantly CPT Brenes has been my military mentor through my first year as a 2nd Lieutenant in the CA ARNG. Not a day has gone by over the past year that I have not seen CPT Brenes stop to teach/mentor other young Lieutenants. Regardless of the situation that he has found himself he has refused to let it affect his work responsibilities and his passion to share his knowledge base to others.

CPT Brenes is an intelligent, capable, dedicated, and personable human being. He is always quick on his feet, with sensible reactions in all the circumstances I've seen him in. I feel confident in saying that he is capable of handling any situation with thoughtfulness and maturity. I feel very fortunate to have had him play an important role in my life the last few years and I look forward to continuing our relationship in the years to come.

2LT Brandon Kennard
Recruiting & Retention BN
OSM/RSP-O Coordinator
2882 Prospect Park Drive, Suite 400
Rancho Cordova, CA 95670
Office (916) 854-1353
Mobile (916) 320-7379
brandon.r.kennard@us.army.mil